UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| JIMMY L. FOSTER, #86444, Petitioner | DOCKET NO. 5:22-CV-1940, SEC. P |
| VERSUS | CHIEF JUDGE S. MAURICE HICKS, JR. |
| STEVE PRATOR, Respondent | MAGISTRATE JUDGE PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), noting the absence of objection thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 1) is **DENIED** and **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this 24th day of January, 2023.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE